■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFTON RANDOLPH, Appellant. [661 NYS2d 814] —Judgment unanimously affirmed (see, *People v Allen*, 82 NY2d 761). (Appeal from Judgment of Supreme Court, Erie County, Tills, J.—Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present—Pine, J. P., Lawton, Callahan, Boehm and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DOMINICK TOFOLO, Respondent. [661 NYS2d 811] —Order unanimously affirmed for reasons stated in decision at Oneida County Court, Donalty, J. (Appeal from Order of Oneida County Court, Donalty, J.—Dismiss Indictment.) Present—Pine, J. P., Lawton, Callahan, Boehm and Fallon, JJ.

■ ROBERT LJUNGBERG, Appellant, v DONALD M. MARINO, Respondent. [661 NYS2d 813] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied plaintiff's motion for summary judgment in lieu of complaint pursuant to CPLR 3213 on the ground that the action is not based upon an instrument for the payment of money only. The documentary evidence submitted by plaintiff "fails to recite any agreement by the parties on several vital terms" (*Mesaba Serv. & Supply Co. v Freedman & Son*, 111 AD2d 985, 986; see, *Weissman v Sinorm Deli*, 88 NY2d 437). Because "proof beyond the written instrument is necessary to substantiate the underlying obligation, resort to CPLR 3213 was inappropriate" (*Mesaba Serv. & Supply Co. v Freedman & Son, supra*, at 986). (Appeal from Order of Supreme Court, Erie County, Rath, Jr., J.—Summary Judgment.) Present—Pine, J. P., Lawton, Callahan, Boehm and Fallon, JJ.